IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LAWRENCE ALVIN BULLOCK, III,      )
                                  )
         Plaintiff,               )
                                  )
    v.                            )    1:14CV867
                                  )
GRANVILLE COUNTY BOARD OF         )
ELECTIONS, et al.,                )
                                  )
         Defendants.              )

**ORDER**

On March 19, 2015, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 6 and 7.) Plaintiff timely filed objections (Doc. 8) to the Recommendation.

This court has appropriately reviewed the portions of the Recommendation to which objections were made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. This court therefore adopts the Recommendation.

**IT IS THEREFORE ORDERED** that due to Plaintiff's failure to comply with the Magistrate Judge's Order dated January 7, 2015, this action is dismissed under Federal Rule of Civil Procedure 41(b). A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 5th day of June, 2015.

_____
United States District Judge